IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 cv 203

| | |
|---|---|
| YVETT C. RUDOLPH, )<br>)<br>Plaintiff )<br>) **ORDER**<br>v )<br>)<br>BUNCOMBE COUNTY GOVERNMENT, )<br>AMANDA STONE, MARTIN "MARTY" )<br>PHILLIPS and ANN LUNSFORD, )<br>)<br>Defendants. ) | |

**THIS MATTER** coming before the court pursuant to a motion filed by defendants entitled "Motion to Excuse Case From Requirement of Mediation" (#30). It appearing to the undersigned that good cause has been shown to excuse this matter from mediation and therefore the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the motion entitled "Motion to Excuse Case From Requirement of Mediation" (#30) is hereby **ALLOWED** and the parties are excused from the requirement of conducting a mediated settlement conference in this matter.

Signed: March 28, 2011

_____
Dennis L. Howell
United States Magistrate Judge