# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv203

| | |
|---|---|
| YVETT C. RUDOLPH,                )<br>                                                    )<br>        Plaintiff,                        )<br>                                                    )<br>v.                                              )<br>                                                    )<br>BUNCOMBE COUNTY           )<br>GOVERNMENT, AMANDA STONE,  )<br>MARTIN "MARTY" PHILLIPS, and  )<br>ANN LUNSFORD,                      )<br>                                                    )<br>        Defendants.                   )<br>_____ ) | **ORDER** |

Pending before the Court is Plaintiff's *pro se* Motion to Deem Case Unsuitable for Alternative Resolution Dispute Program [# 31]. Plaintiff requests that the Court deem this case unsuitable for mediation because she has no money to pay her portion of the mediation fee. The Court's March 28, 2011, Order granted a similar motion and excused the parties from the requirements of conducting a mediated settlement conference. (Order granting Mot. Excuse Case from Mediation Mar. 28, 2011.) Accordingly, the Court **DENIES as moot** Plaintiff's Motion to Deem Case Unsuitable for Alternative Resolution Dispute Program [# 31].

Signed: March 31, 2011

Dennis L. Howell
United States Magistrate Judge