THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:10cv203

| | |
|---|---|
| YVETT C. RUDOLPH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| BUNCOMBE COUNTY GOVERNMENT, AMANDA STONE, MARTIN "MARTY" PHILLIPS and ANN LUNSFORD, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

For the reasons set forth in the Memorandum of Decision and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Defendants' Motion for Summary Judgment is **ALLOWED**, the Plaintiff's Motion for Summary Judgment is **DENIED** and Judgment is hereby **ENTERED** in favor of the Defendants Buncombe County Government, Amanda Stone, Martin "Marty" Phillips and Ann Lunsford against the Plaintiff Yvett C. Rudolph together with costs, and the Plaintiff shall have and recover

nothing by virtue of this action, and this action is **DISMISSED WITH PREJUDICE**.

Signed: March 1, 2012

Martin Reidinger
United States District Judge